# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:08-CV-106-FDW

| | |
|---|---|
| JEAN SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOHN POTTER, POSTMASTER ) | |
| GENERAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes now before the Court upon the Report and Recommendation (M&R) of United States Magistrate Judge Carl Horn, III, recommending that Defendant's motion to dismiss be denied. No objections to the magistrate judge's M&R having been made within the period prescribed by Fed. R. Civ. P. 72(b), and no clear error being apparent in the record, the Court hereby ADOPTS the magistrate judge's M&R as the final decision of this Court for all purposes relating to this case.

IT IS SO ORDERED.

Signed: February 18, 2009

Frank D. Whitney
United States District Judge