# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jean Scott,

        Plaintiff(s),

vs.

John Potter,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-106

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2009 Order.

Signed: April 1, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court